760

■ In the Matter of ALFRED D. LERNER, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents, and DANIEL L. CLARKE et al., Appellants.— Order affirmed, without costs. No opinion. Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur; Nolan, P. J., not voting.

## (July 9, 1956)

■ GRACE AZZARA, as Administratrix of the Estate of CHARLES J. AZZARA, Deceased, Appellant, v. FRANCES B. AZZARA, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ. [See 1 A D 2d 1012.]

■ HYMAN ELIAS et al., Appellants, v. SOL BENSOL, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ ALEXANDER ALDRICH et al., Respondents, v. CITY OF NEW YORK et al., Appellants.— In an action to enjoin the sale of certain city-owned property formerly occupied by the Neponsit Beach Hospital, the appeal is from an order granting a temporary injunction and denying a motion to dismiss the complaint for patent insufficiency, for judgment on the pleadings, and for summary judgment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. concur. [208 Misc. 930.]